TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00343-CV

William R. Archer, M.D., Commissioner of the Texas Department of Health,

and Texas Department of Health, Appellants

v.

Data Niche Associates, Inc., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. 97-12537, HONORABLE PETER M. LOWRY, JUDGE PRESIDING 

PER CURIAM

 The parties have filed a joint agreed motion to reverse and remand because of
settlement. We grant the motion.

 We reverse the judgment and remand the cause for rendition of judgment in
accordance with the parties' settlement agreement.

Before Justices Powers, Aboussie and Kidd

Reversed and Remanded on Joint Motion

Filed: October 29, 1998

Do Not Publish